UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOSE RAMIREZ and JOEL SANTANA,**
and all those similarly situated,

    Plaintiffs,

v.                                  Case No: 8:17-cv-01753-MSS-AEP

**STATEWIDE HARVESTING &**
**HAULING, LLC,**

    Defendant.

## FINAL JUDGMENT

Having considered the Parties' Revised Supplemental Joint Stipulations, (Dkt. 70), and good cause appearing, the Court approves the stipulations and orders as follows:

1. Judgment is entered for Plaintiffs Jose Ramirez and Joel Santana and against Defendant Statewide Harvesting & Hauling, LLC on Count I of the Amended Complaint, (Dkt. 20), alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq.*

2. Because the Parties have stipulated that there is insufficient evidence to establish that Defendant willfully violated the FLSA, the Parties also stipulate that Plaintiffs' claims in this action are subject to a two-year statute of limitations. 29 U.S.C. § 255(a).

3. Defendant shall pay Jose Ramirez $9,272.92 in overtime wages and an equivalent amount of $9,272.92 in liquidated damages. 29 U.S.C. § 216(b).

4. Defendant shall pay Joel Santana $18,500.76 in overtime wages and an equivalent amount of $18,500.76 in liquidated damages. 29 U.S.C. § 216(b).

5. The Court reserves decision on the issue of attorney's fees and costs pending the resolution of any appeal from this Final Judgment. If appropriate, Plaintiffs may file a motion for attorney's fees and costs within **fourteen (14) days** of the issuance of the mandate from such appeal.

6. The Clerk is **DIRECTED** to enter final judgment for Jose Ramirez and Joel Santana as set forth above and **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 5th day of May, 2020.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party