UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| JOSE RAMIREZ and JOEL SANTANA And all those similarly situated, Plaintiffs, v. STATEWIDE HARVESTING & HAULING, LLC, Defendant. | Case No. 8:17-cv-01753-MSS-AEP |

## JOINT STIPULATIONS

COMES NOW, JOSE RAMIREZ and JOEL SANTANA ("Plaintiffs") and STATEWIDE HARVESTING & HAULING, LLC ("Statewide Harvesting" or "Defendant"), by and through their respective undersigned counsel and pursuant to Rule 3.05, Local Rules for the Middle District of Florida, hereby file the following supplemental stipulations concerning attorney's fees and costs pending before the Court following the mandate from the 11th Circuit Court of Appeals. In support of these Joint Stipulations ("Stipulations"), counsel for the parties state:

1. On May 5, 2020, this Court entered an Order of Final Judgment awarding damages to Jose Ramirez ("Ramirez") and Joel Santana ("Santana") (collectively, "Plaintiffs") in their claims for unpaid overtime compensation under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et seq.* ("FLSA"). (D.E. 71). The Order reserved entering judgment regarding attorney's fees and costs pending the resolution of a then-expected appeal.

2. Notice of Appeal was filed on May 28, 2020 (D.E. 72). The Appeal was briefed, heard, and decided with a mandate issued affirming this Court's decision on June 22, 2021 (D.E. 84).

1

    3.    With the mandate being issued, the Parties have reached agreement on a reasonable amount for appellate attorney's fees and costs.

    a.    Parties agree that Plaintiffs' counsel may be awarded 97.4 hours in attorney's fees at the hourly rate of $350 per hour for a total of $34,090.00 in legal fees from the date of this Court's entry of Final Judgment through the appellate process.

    b.    Parties agree that appellate costs should be taxed against Statewide Harvesting in the amount of $1,219.00.

    c.    Parties agree that there are no more fees or costs due or owing, other than those fees and costs incurred at the District Court as stipulated to in their Revised Supplemental Joint Stipulations (D.E. 70, Paragraphs 4(g) and (h)).

Dated this 25th day of June 2021.        Respectfully submitted,

*s/ R. Edward Rosenberg*
R. Edward Rosenberg, Esquire
Florida Bar No. 88231
Counsel for Plaintiff
Email: rer@sorondorosenberg.com
Sorondo Rosenberg Legal PA
1825 Ponce de Leon Blvd. #329
Coral Gables, FL 33134
T: 786.708.7550
F: 786.204.0844

*s/ David J. Stefany*
DAVID J. STEFANY
Florida Bar No. 0438995
MATTHEW D. STEFANY
Florida Bar No. 98790
*Counsel for Defendant*

**ALLEN NORTON & BLUE, P.A.**
Hyde Park Plaza – Suite 225
324 South Hyde Park Avenue
Tampa, Florida 33606-4127
(813) 251-1210 | (813) 253-2006 – Fax
E-mail:  dstefany@anblaw.com
             mstefany@anblaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of June 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all parties.

                                           *s/ R. Edward Rosenberg*
                                           ATTORNEY